ORIGINAL

FILED

2014 SE 24 P 12. 06

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

BLF

10

11   *In Re Request For Subpoena*          Case No. CV 14 80 270 MISC

12   *by* RYANAIR LIMITED          **DECLARATIONS IN SUPPORT OF
13                                 APPLICATION OF RYANAIR
                                   LIMITED FOR AN ORDER UNDER 28
14                                 U.S.C. § 1782 TO ISSUE A SUBPOENA
                                   FOR THE PRODUCTION OF
15                                 DOCUMENTS FOR USE IN A
                                   FOREIGN PROCEEDING**

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF SHELLEY HURWITZ

# DECLARATION OF SHELLEY HURWITZ

1.     I, Shelley Hurwitz, am a partner at Holland & Knight, counsel of record for Ryanair Limited ("Ryanair"). I have personal knowledge of the matters stated herein, except for those matters stated on information and belief, and I could truthfully testify thereto.

2.     On behalf of Ryanair, Holland & Knight sought and was granted an order by the United States District Court, Western District of Washington approving a subpoena to be served on eNom, Inc. in order to ascertain information regarding the whereabouts of Mr. Kleinert.  On or about August 6, 2014, eNom responded to that subpoena and provided certain information regarding the domain Air-Scoop.com.  I personally reviewed that information. Included in that information was an email address of airscoop@gmail.com as being a contact for Air-scoop.com and Mr. Kleinert.

3.     Air-scoop.com maintains a twitter account with the handle @airscoop.  I have personally viewed tweets of @airscoop which discusses the judgment entered in the Irish courts.

4.     I have conducted an internet search for the headquarters of Twitter, Inc. and Google, Inc.  That search revealed that Twitter, Inc. is headquartered in San Francisco and Google, Inc. is headquartered in Mountain View.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23 th day of September 2014 at Los Angeles, California.

Shelley Hurwitz

# DECLARATION OF YVONNE MOYNIHAN

1
2
## DECLARATION OF YVONNE MOYNIHAN

3    1.    I, Yvonne Moynihan, am the Legal And Regulatory Affairs Advisor of Ryanair
4    Limited ("Ryanair"). I have personal knowledge of the matters stated herein based upon my review of
5    Ryanair's books and records, except for those matters stated on information and belief, and I could
6    truthfully testify thereto.

7    2.    Ryanair is an airline headquartered in Dublin, Ireland. Global Wings Publications LLC
8    ("Global Wings") is a corporation doing business in the United Kingdom and Germany owned by
9    Joachim Kleinert. The company operates Air-Scoop.com, a website about the European airline
10   industry.

11   3.    Siteground.com Inc., is a web hosting company, headquartered in Panama.  The
12   company's website identifies the address of attorney David Snead at P.O. Box 48010, Washington,
13   D.C., 20002, as its legal address in the United States.  Siteground.com formerly hosted Air-
14   Scoop.com. Attached hereto as Exhibit A is a true and correct copy of pertinent excerpts from the
15   Siteground.com Terms of Service. Attached hereto as Exhibit B is a true and correct copy of the
16   domain registry information for Air-Scoop.com when it was hosted by Siteground.com.

17   4.    eNom, Incorporated, is a web hosting company incorporated in Nevada and registered
18   to do business in Washington. The company's website identifies Kirkland, Washington as its
19   headquarters. From January 3, 2014, eNom.com, which is operated by eNom, Incorporated, currently
20   hosts Air-scoop.com. Attached hereto as Exhibit C is a true and correct copy of the domain registry
21   information for Air-Scoop.com identifying eNom.com as its current host.

22   5.    On or about September 18, 2012, Ryanair filed suit against Global Wings, Air-
23   Scoop.com and Joachim Kleinert in Dublin Circuit Court in Ireland.  The suit stems from a report on
24   Air-Scoop.com containing false information about Ryanair's safety and maintenance record. The

25
26
27
28

#32740967_v1

1  action is styled *Ryanair Limited v. Global Wings Publications LLC T/A Air-Scoop.com and Joachim*

2  *Kleinert,* Record No: 2012/07907.

3         6.      Global Wings, Air-Scoop.com and Joachim Kleinert failed to appear in the action,

4  despite multiple attempts to serve them and provide them with notice of the ongoing suit. The Irish

5  judicial system is similar to the US judicial system as far as rigorous service of process requirements.

6  Because Ryanair was unsuccessful at serving Mr. Kleinert and Global Wings through the normal

7  channels, the court in Ireland ultimately granted an order for service by electronic mail and by

8  registered mail on Mr. Snead, who agreed to pass on court documents to Mr. Kleinert and Global

9  Wings. Attached hereto as Exhibit D is true and correct copy of the Order of the Dublin Circuit Court

10  granting such service. Attached hereto Exhibit E are relevant excerpts from the Dublin Circuit Court

11  Docket, relating to Ryanair's attempt at service. Noting their failure to appear, on November 6, 2013

12  the Dublin Circuit Court entered a default judgment in favor of Ryanair in the amount of €40,000 for

13  damages resulting from the publication of the false report, €10,000 for aggravated damages and

14  awarding the company costs.  Attached hereto as Exhibit F is a true and correct copy of the Judgment

15  entered in Ireland.  Ryanair now seeks to effectuate the judgment, but must locate Mr. Kleinert and

16  Global Wings.

17         I declare under penalty of perjury under the laws of the United States that the foregoing is true

18  and correct.  Executed this __18__ th day of September 2014 at Dublin, Ireland.

19

20                                          Yvonne Moynihan

21

22

23

24

25

26

27

28

#32740967_v1

# EXHIBIT  A

SiteGround - Contact us: chat, email, phone 1 866 605 2484, h...   sk



Home    Web Hosting    Our Technology    Our Support    About Us    Affiliates    More Services

## Contact Us 24/7



### Chat

**Start Chat**

**Reply Time: Instantly**



### Phone

**USA/Canada Toll-Free**
**1.866.605.2484**

**Europe 44.20.71839093**

**Reply Time: Instantly**



### Tickets

**Post Ticket**

**First Reply: 10 mins**

## Contact Us By Mail

### Legal Address USA

c/o David Snead

Attention: SiteGround Legal Notices

P.O. Box 48010

Washington, D.C. 20002, USA

### HeadQuarters PA

SiteGround.com Inc

Edificio Neptuno, Oficina 7

Via Ricardo J. Alfaro, Tumba Muerto,

City of Panama, Panama

SiteGround - Contact us: chat, email, phone 1 866 605 2484, h    2sk

## Operations Office BG

SiteGround Office

8 Racho Petkov Kazandzhiata

Sofia 1776,

Bulgaria

### Our Services

Web Hosting

Reseller Hosting

Cloud Hosting

Dedicated Servers

Affiliate Program

### Why SiteGround?

Top Data Centers

Speed & Security

Amazing Uptime

Best Support

### About SiteGround

Our People

Our Philosophy

Our Partners

Client Reviews

Contact Us

### Social

SiteGround Blog

SiteGround Forum

### Popular Hosting Packages

Email Hosting

MySQL Hosting

PrestaShop Hosting

Semi Dedicated Hosting

FTP Hosting

cPanel Hosting

osCommerce Hosting

PHP Hosting

Softaculous Hosting

Drupal Hosting

### Newest Hosting Packages

Student Hosting

Node.js Hosting

Ghost Hosting

CloudFlare CDN Hosting

Varnish Hosting

PyroCMS Hosting

### Top Resources

Joomla Templates

Joomla Tutorial

Joomla Extensions

WordPress Themes

WordPress Tutorial

Magento Themes

Magento Tutorial

Drupal Tutorial

Site Search...

© 2004 - 2014 SiteGround.com. All rights reserved.   Links   Legal   Privacy

# EXHIBIT  B

air-scoop.com WHOIS domain registration information from     work Solutions

**network solutions**®

Order Now: 1-877-628-8686  ⊘ Support   ⚘ Renew Services   🛒 My Cart (0)   **MANAGE ACCOUNT**

BECOME A RESELLER   | Search | 🔍

| All Products ▼ | Domain Names | Websites & Online Stores | Hosting & SSL | Professional Email |

Network Solutions >> Whois > Results                                          Log In

| Search | Renew | Transfer | Features | Private Registration | Protect | Forward |

## WHOIS Results for air-scoop.com

### Available domain names similar to air-scoop.com

| Available Extensions | Available Domains | Premium Resale Domains | |
|---|---|---|---|
| ☐ air-scoop.net | ☐ littleton-air-scoop.com | ☐ zephyrair.com | $1,995 |
| ☐ air-scoop.org | ☐ air-scoop-port.com | ☐ allthescoop.com | $688 |
| ☐ air-scoop.us | ☐ wind-scoop.com | ☐ sugarscoop.com | $949 |
| ☐ air-scoop.us.com | ☐ online-air-scoop.com | ☐ kuwait-air.com | $310 |

View more

**Add Selected to Cart**

Promote your business to millions of viewers for only $1.25 a month!
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

## air-scoop.com

Is this your domain name? Renew it now.

```
Domain Name: AIR-SCOOP.COM
Creation Date: 2006-01-04 05:58:32Z
Registrar Registration Expiration Date: 2014-01-04 10:58:32Z
Registrar: ENOM, INC.
Registrant Name: JOACHIM KLEINERT
Registrant Organization: N/A
Registrant Street: KERNERSTR
Registrant City: STUTTGART
Registrant State/Province: XX
Registrant Postal Code: 70182
Registrant Country: DE
Admin Name: JOACHIM KLEINERT
Admin Organization: N/A
Admin Street: KERNERSTR
Admin City: STUTTGART
Admin State/Province: XX
Admin Postal Code: 70182
Admin Country: DE
Admin Phone: +49.71189464
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: INFO@AIR-SCOOP.COM
Tech Name: JOACHIM KLEINERT
Tech Organization: N/A
Tech Street: KERNERSTR
Tech City: STUTTGART
Tech State/Province: XX
Tech Postal Code: 70182
Tech Country: DE
Tech Phone: +49.71189464
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: INFO@AIR-SCOOP.COM
Name Server: NS1.SITEGROUND256.COM
Name Server: NS2.SITEGROUND256.COM

The data in this whois database is provided to you for information
```

Make an instant, anonymous offer to the current domain registrant. Learn More

**Make Offer**

Search Again

air-scoop.com WHOIS domain registration information from  ` work Solutions

purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Get Noticed on the Internet!  Increase visibility for this domain name by
listing it at
www.whoisbusinesslistings.com
The previous information has been obtained either directly from the registrant or a registrar of the domain
name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or
completeness.

Show underlying registry data for this record

## Search again here...

Search by either

⊙  Domain Name e.g. networksolutions.com
◯  IP Address e.g. 205.178.187.13

  Search



GOING ONCE,
GOING TWICE,
SOLD!

Domain name you want
expiring soon?
Bid now, it could be yours.

Backorder domain names with Namejet® - the
premiere auction platform for expired domains.

LEARN MORE

Name

 Partner with Network Solutions:
Affiliate Program | Reseller Programs

Contact Us | Follow Us: 

**Products**
Domain Names
Email Hosting
Websites
Ecommerce
Web Hosting
SSL Certificates
Online Marketing
Design Services
Mobile Services

**Affiliates & Resellers**
Affiliate Program
UK Affiliate Programme
Reseller Program

**Support**
Customer Support
Contact Us
Customer Feedback

**Resources**
WHOIS Search
Small Business Blog
Small Business Success
Labs

**Company Information**
About Us
Why Choose Us
Careers
News

**Promotions & Free Offers**
Hot Deals
New Products
Earn Airline Miles
Free Website
.XXX Domain Names

Privacy Policy  |  Terms of Use  |  Legal & Policies  |  Company Info  |  Site Map  |  Contact Us
Copyright © 2013 Network Solutions, LLC, A Web.com Company All rights reserved.

Secure Transaction: For your protection,
this website is secured with the highest
level of SSL Certificate encryption.

SECURE  EXTENDED VALIDATION
networksolutions

# EXHIBIT  C

**whois**
(/)

| Search Domain name or IP addre |

Search by Name Server (/nameserver/)    New Features (/overview)    Log In (/users/sign_in)    **Sign Up**

# air-scoop.com (/whois/air-scoop.com)

176.31.15.56    Record information last updated 1 day ago

| (/whois/airscool.com) | (/whois/airscoop.com) |    **Save Domain To Dashboard**

---

Transfer any COM/NET domain name to Name.com for $8.25

**⊝ Transfer Now**        (https://www.name.com/domain-transfer?
utm_source=who.is&utm_medium=button_turquise_bar&utm_campaign=whois_transfer_promo)

---

# Overview for air-scoop.com

## Registrar Info

| | |
|---|---|
| Name | ENOM, INC. |
| Whois Server | whois.enom.com |
| Referral URL | http://www.enom.com |
| Status | clientTransferProhibited |

## Important Dates

| | |
|---|---|
| Expires On | January 04, 2015 |
| Registered On | January 04, 2006 |
| Updated On | January 03, 2014 |

## Name Servers

| | |
|---|---|
| ns1.adk-media.com (/nameserver/ns1.adk-media.com/) | 72.55.188.70 (/whois-ip/ip-address/72.55.188.70/) |
| ns2.adk-media.com (/nameserver/ns2.adk-media.com/) | 41.140.248.206 (/whois-ip/ip-address/41.140.248.206/) |

## Site Status

| | |
|---|---|
| IP Address | 176.31.15.56 (/whois-ip/ip-address/176.31.15.56) |
| Status | inactive |
| Server Type | Apache |

## Traffic Info

# Raw Registrar Data

```
Domain Name: AIR-SCOOP.COM
Registry Domain ID: 305982856_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-12-26 10:00:44Z
Creation Date: 2006-01-04 10:58:00Z
Registrar Registration Expiration Date: 2015-01-04 10:58:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: JOACHIM KLEINERT
Registrant Organization: N/A
Registrant Street: KERNERSTR
Registrant City: STUTTGART
Registrant State/Province: XX
Registrant Postal Code: 70182
Registrant Country: DE
Registrant Phone: +49.71189464
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: INFO@AIR-SCOOP.COM
Registry Admin ID:
Admin Name: JOACHIM KLEINERT
Admin Organization: N/A
Admin Street: KERNERSTR
Admin City: STUTTGART
Admin State/Province: XX
Admin Postal Code: 70182
Admin Country: DE
Admin Phone: +49.71189464
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: INFO@AIR-SCOOP.COM
Registry Tech ID:
Tech Name: JOACHIM KLEINERT
Tech Organization: N/A
Tech Street: KERNERSTR
Tech City: STUTTGART
Tech State/Province: XX
Tech Postal Code: 70182
Tech Country: DE
Tech Phone: +49.71189464
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: INFO@AIR-SCOOP.COM
Name Server: NS1.ADK-MEDIA.COM
Name Server: NS2.ADK-MEDIA.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2013-12-26 10:00:44Z
```

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

# EXHIBIT  D

Filed By: PHILIP LEE
SOLICITORS
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

AN CHUIRT CHUARDA
(THE CIRCUIT COURT)

DUBLIN CIRCUIT
COUNTY OF THE CITY OF DUBLIN

BEFORE JUDGE RING

THE 18th DAY OF September 2012

IN THE MATTER OF THE COURTS OF JUSTICE ACTS 1924 TO 1961 AND THE
COURTS (SUPPLEMENTAL PROVISIONS) ACTS 1961 TO 2003
AND IN THE MATTER OF AN INTENDED ACTION

BETWEEN

Ryanair Limited

PLAINTIFF

-AND-

Global Wings Publications Llc T/A Air-Scoop.Com   and Joachim Kleinert
DEFENDANTS

This matter coming before the Court this day on Ex Parte application on behalf of the
Plaintiff. WHEREUPON AND ON READING the Affidavits of Oisin O'Neill and Juliusz
Komorek and the exhibits filed in Court on the 17th day of September 2012. AND ON
HEARING Counsel for the Plaintiff.

THE COURT DOTH ORDER

1.      That the Plaintiff be at liberty to issue the said Civil Bill and serve the Civil Bill or
notice of the issue of the said Civil Bill and all subsequent documents on the First Named
Defendant who resides out of the jurisdiction by sending a copy of the said Civil Bill and a
copy of this Order  on  Global Wings Publications LLC t/a Air-Scoop.com by web form on
htp:\\www.air-scoop.com and by email to david.snead@dsnead.com and
tracy.gaston@dsnead.com. and by registered post addressed to W. David Snead and Tracy
Gaston at P.O. Box 48010 Washington, D.C. 20002 and that such service be deemed good
and sufficient service of the said Notice of the Civil Bill.

2.   That the  First Named Defendant do have 35 days for entering an appearance to the said Civil Bill  from the date of issue of notice of Civil Bill by web form/email and a copy of this order.

3.   That the costs of this Application be reserved

**BY THE COURT**

**MARIA COTTER (SEAL)**

NOMINATED BY THE **COUNTY REGISTRAR**

Order settled by       MARIA COTTER
Draft Order settled on 18/09/2012

A COPY WHICH I ATTEST

NOMINATED BY THE COUNTY REGISTRAR

Filed By: PHILIP LEE
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

AN CHUIRT CHUARDA
(THE CIRCUIT COURT)

DUBLIN CIRCUIT
COUNTY OF THE CITY OF DUBLIN

BEFORE THE COUNTY REGISTRAR

THE 19th DAY OF December 2012

RECEIVED

0 9 -01- 2013

Philip Lee Solicitors

BETWEEN

Ryanair Limited

PLAINTIFF

-AND-

Global Wings Publications LLC T/A Air-Scoop.Com  and Joachim Kleinert
DEFENDANTS

UPON Application ex parte before the Court this day on behalf of the Plaintiff.
WHEREUPON and on reading the Affidavit of Murrough McMahon filed this day and the
Civil Bill issued against the Defendant, and on hearing what was offered by Counsel for the
Plaintiff.

THE COURT DOTH ORDER:-
1. That the Plaintiff be at liberty to serve the Civil Bill on the Second named Defendant by
sending a copy of the said Civil Bill and a copy of this Order by registered post addressed to
the Second named Defendant care of W. David Snead, Attorney at Law, P.O. Box 48010
Washington, D.C. 20002 and by way of e-mail address to david.snead@dsnead.com and
tracy.gaston@dsnead.com and that such service be deemed good and sufficient service of the
said Civil Bill.
2. That the Second named Defendant do have 42 days for entering an Appearance to the said
Civil Bill from the date of posting a copy thereof, and a copy of this Order to the Second
named Defendant
3. That the Plaintiff be at liberty to serve all subsequent documents in this matter on the
Second named Defendant by registered post at the said address and by way of e-mail address
of david.snead@dsnead.com and tracy.gaston@dsnead.com
4. That the Costs of this Application be reserved

BY THE COURT

P. O'Callaghan (seal)

NOMINATED BY THE COUNTY REGISTRAR

A COPY WHICH I ATTEST   Order settled by  PATRICK O'CALLAGHAN
                        Draft Order settled on 20/12/2012

Patrick O'Callaghan

Nominated by      County Registrar

# EXHIBIT  E

## THE CIRCUIT COURT

Record No. 07907/2012

City of Dublin

Dublin Circuit

Between:

### RYANAIR LIMITED

Plaintiff

-and-

### GLOBAL WINGS PUBLICATIONS LLC t/a AIR-SCOOP.COM AND JOACHIM KLEINERT

Defendants

### BRIEF TO COUNSEL

Tab   Documents

### SECTION A. – PLEADINGS

1.  Ordinary Civil Bill

2.  Notice of Civil Bill in Lieu of Service to be given out of the Jurisdiction

3.  Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012

4.  Affidavit of Verification of Oisín O'Neill sworn 26 September 2012

### SECTION B. – EX-PARTE APPLICATION FOR SUBSITUTED ON JOACHIM KLEINERT

5.  Ex-parte Docket

6.  Affidavit of Murrough McMahon sworn 30 November 2012

7.  Exhibit 'MMcM1' to the Affidavit of Murrough McMahon

8.  Exhibit 'MMcM2' to the Affidavit of Murrough McMahon

9.  Exhibit 'MMcM3' to the Affidavit of Murrough McMahon

10. Exhibit 'MMcM4' to the Affidavit of Murrough McMahon

11. Exhibit 'MMcM5' to the Affidavit of Murrough McMahon

12. Exhibit 'MMcM6' to the Affidavit of Murrough McMahon

13. Exhibit 'MMcM7' to the Affidavit of Murrough McMahon

14. Exhibit 'MMcM8' to the Affidavit of Murrough McMahon

15. Exhibit 'MMcM9' to the Affidavit of Murrough McMahon

16. Exhibit 'MMcM10' to the Affidavit of Murrough McMahon

17. Exhibit 'MMcM11' to the Affidavit of Murrough McMahon

18. Exhibit 'MMcM12' to the Affidavit of Murrough McMahon

19. Exhibit 'MMcM13' to the Affidavit of Murrough McMahon

20. Supplemental Affidavit of Oisín O'Neill sworn 6 December 2012

21. Exhibit 'OON1' to the Affidavit of Oisín O'Neill

22. Order of the Dublin Circuit Court dated 19 December 2012

## SECTION C. – CORRESPONDENCE

23. Party/party correspondence (pre-issue)

24. Inter-party correspondence

Philip Lee Solicitors
7/8 Wilton Terrace
Dublin 2

RYA001-0013-1388139-1

Trevor McCabe

| | |
|---|---|
| **From:** | Naomi Mullally |
| **Sent:** | 18 September 2012 18:11 |
| **To:** | 'david.snead@dsnead.com'; 'tracy.gaston@dsnead.com' |
| **Cc:** | Murrough McMahon |
| **Subject:** | Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert |
| **Attachments:** | Letter to David Snead and Tracey Gaston 18_9_2012 AS ISSUED.PDF; Notice of Civil Bill in lieu of service tobe given out of the jurisdiction.pdf; Civil Bill 18.9.2012.pdf |

Dear Sir/Madam,

Please see attached for your attention.

Yours faithfully
Philip Lee
7/8 Wilton Terrace
Dublin 2
Tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

Trevor McCabe

| | |
|---|---|
| **From:** | Naomi Mullally <nmullally@philiplee.ie> |
| **Sent:** | 18 September 2012 18:47 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |
| **Attachments:** | Letter to David Snead and Tracey Gaston 18_9_2012 AS ISSUED.PDF; Notice of Civil Bill in lieu of service tobe given out of the jurisdiction.pdf; Civil Bill 18.9.2012.pdf; Order of Judge Ring 18_9_2012 (3).PDF |

Dear Sir/Madam,

Please disregard the previous email, all documents are now attached above, apologies for any inconvenience.

ours faithfully

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

18 September 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
The Circuit Court, Record No. 07907/2012

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

## SOLICITORS

### DUBLIN · BRUSSELS

18 September 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited.

In accordance with an Order of the Dublin Circuit Court made on the 18 September 2012, we now attach herewith true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

*Philip Lee*
**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700  Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794              Andreas McConnell  Patrick Walshe

www.philiplee.ie     Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie    Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 19 September 2012 15:36 |
| **To:** | Naomi Mullally |
| **Cc:** | oneillo@ryanair.com; David Snead |
| **Subject:** | RE: Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |

Dear Sir or Madam,

Thank you for your email.  SiteGround has notified its customer of your most recent correspondence. Please contact me if you have any questions.

Kind regards,
Tracy Gaston
Legal Assistant
V. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

From: Naomi Mullally [nmullally@philiplee.ie]
Sent: Tuesday, September 18, 2012 1:47 PM
To: 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com'
Cc: Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie>
Subject: Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338]

Dear Sir/Madam,

Please disregard the previous email, all documents are now attached above, apologies for any inconvenience.

Yours faithfully

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie<http://www.philiplee.ie/> email: nmullally@philiplee.ie <mailto:nmullally@philiplee.ie> This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.

1

# PHILIP LEE

### SOLICITORS

#### DUBLIN · BRUSSELS

20 September 2012

**Our ref:** MM/NM/RYA001-0013

**Joachim Kleinert**
Kernerstrasse 34
Stuttgart XX-70182
Germany
*By Registered Post*

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

*[signature]*

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee Sarah Johnson Jonathan Kelly Damien Young Alice Whittaker Anne Bateman (BL)
f: +353 (0) 1 678 7794            Andreas McConnell Patrick Walshe

www.philiplee.ie     Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie     Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

### SOLICITORS
#### DUBLIN · BRUSSELS

23 October 2012

Our ref: MM/NM/RYA001-0013

**Joachim Kleinert**
Kernerstraße 34
70182 Stuttgart
Baden-Württemberg
Deutschland
*By Registered Post*

**Ryanair Limited —v— Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.  You will note we have also enclosed German translations of the above documents.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700        Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                        Andreas McConnell  Patrick Walshe

www.philiplee.ie       Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim   t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie      Principal Brussels: Ursula O'Dwyer

RYA001-0013-1236916.1

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

6 November 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

**By email and by registered post**

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and
Joachim Kleinert
The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to the above proceedings and are writing to seek clarification from you in relation to
the position of the second-named defendant, Joachim Kleinert.

As you are aware Global Wings Publications LLC (trading as Air-scoop.com) is a customer of
your client SiteGround. In light of this we are seeking clarification from you as to Mr Joachim
Kleinert's position with either Global Wings Publications LLC or your client, SiteGround. We
should be grateful if you would confirm whether Mr Kleinert is an employee or owner of Global
Wings Publications LLC (trading as Air-scoop.com), or if he has any connection with your client,
SiteGround.

We should very much appreciate you and your client's cooperation in respect of this matter.

Yours faithfully

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700        Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                        Andreas McConnell  Patrick Walshe

www.philiplee.ie        Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim   t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie        Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 07 November 2012 17:28 |
| **To:** | Naomi Mullally; David Snead |
| **Cc:** | Murrough McMahon |
| **Subject:** | RE: Ryanair v Airscoop |

Ms. Mullally,

Thank you for your message. The individual named in your pleadings is SiteGround's customer.

Thank you,

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

**From:** Naomi Mullally [nmullally@philiplee.ie]
**Sent:** Tuesday, November 06, 2012 9:40 AM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon
**Subject:** Ryanair v Airscoop

Dear Sirs,

Please see attached for your attention.

Yours faithfully,


Philip Lee
'8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

7 November 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited .–v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of 18 September last in which we enclosed therewith true copy Plenary Summons and Statement of Claim by way of service upon Global Wings Publications LLC trading as Air-Scoop.com.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of the Appearance of Global Wings Publications LLC trading as Air-Scoop.com provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Statement of Claim.

Yours faithfully

*Philip Lee*

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee Sarah Johnson Jonathan Kelly Damien Young Alice Whittaker Anne Bateman (BL)
f: +353 (0) 1 678 7794          Andreas McConnell Patrick Walshe

www.philiplee.ie   Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

7 November 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of 18 September last in which we enclosed therewith true copy Plenary Summons and Statement of Claim by way of service upon you.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of your Appearance provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive your Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Statement of Claim.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794

Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
Andreas McConnell  Patrick Walshe

www.philiplee.ie         Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie         Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Naomi Mullally |
| **Sent:** | 08 November 2012 14:58 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon |
| **Subject:** | Ryanair v Airscoop |
| **Attachments:** | Letter to Tracey Gaston 8_11_2012 AS ISSUED.PDF |

Dear Ms Gaston,

Please see attached for your attention.

Yours sincerely,


Philip Lee
/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700      fax: +353 1 6787794
web: www.philiplee.ie   email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

# PHILIP LEE

### SOLICITORS
#### DUBLIN · BRUSSELS

8 November 2012

Our ref: MM/NM/RYA001-0013

Tracy Gaston
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited .–v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Madam,

Thank you very much for your email.

Do you have an address for Mr. Kleinert?

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700   Directors: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium   t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 08 November 2012 20:11 |
| **To:** | Naomi Mullally |
| **Cc:** | David Snead |
| **Subject:** | RE: Ryanair v Airscoop |
| **Attachments:** | 11.8.12_SG_Ryanair_Letter.pdf |

Ms. Mullally,

Please see the attached.

Thank you,

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone: 202-903-0360
Facsimile: 202-318-4089
www.dsnead.com

---

**From:** Naomi Mullally [nmullally@philiplee.ie]
**Sent:** Thursday, November 08, 2012 9:58 AM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon
**Subject:** Ryanair v Airscoop

Dear Ms Gaston,

Please see attached for your attention.

Yours sincerely,

. nilip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1



W. David Snead, P.C.

November 8, 2012

<u>By email only</u>
nmullally@philiplee.ie

Philip Lee Solicitors
Attention: Naomi Mullally
7/8 Wilton Terrace
Dublin 2

Subject:      <u>Your Letter to SiteGround</u>

Ms. Mullally:

Thank you for your letter. As you might understand, U.S. law prohibits disclosure of the information you request without a subpoena or warrant.

Very truly yours,

W. David Snead

Copy: SiteGround

Attorney + Counselor
P.O. Box 48010
Washington, D.C.  20002
david.snead@dsnead.com • www.dsnead.com
T:  202-558-2366 • F:  202-318-4089

# PHILIP LEE

### SOLICITORS

DUBLIN · BRUSSELS

10 December 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of the 7 November last.

We now enclose herewith for your attention true copy Affidavit of Verification of Oisin O'Neill.

Yours faithfully

*[signature]*

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
RYA001-0013-1279442-1
t: +353 (0) 1 237 3700    Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794              Andreas McConnell  Patrick Walshe

www.philiplee.ie     Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie     Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

### SOLICITORS

#### DUBLIN·BRUSSELS

10 December 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsncad.com

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of the 7 November last.

We should be grateful if you would confirm that you passed our letter of the 7 November last onto the owners of the website, Air-Scoop.com.

We now enclose herewith for your attention true copy Affidavit of Verification of Oisin O'Neill which was filed in the Circuit Court office on 2 October 2012.

Again we should be grateful if you would confirm that you will pass this Affidavit of Verification onto the owners of Air-Scoop.com.

We await hearing from you.

Yours faithfully

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700    Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794              Andreas McConnell  Patrick Walshe

www.philiplee.ie  RYA001-0013-13PL445: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | David Snead <david.snead@dsnead.com> |
| **Sent:** | 10 December 2012 17:05 |
| **To:** | Naomi Mullally |
| **Subject:** | RE: Ryanair v Global Wings Publications trading as Air Scoop |

Ms. Mullally –

We don't respond to these documents individually.  However, our general practice is to forward all correspondence to our clients for to be sent to their customers.

David Snead

| | |
|---|---|
| **From:** | Naomi Mullally [mailto:nmullally@philiplee.ie] |
| **Sent:** | Monday, December 10, 2012 10:25 AM |
| **To:** | Tracy Gaston; David Snead |
| **Cc:** | Murrough McMahon |
| **Subject:** | Ryanair v Global Wings Publications trading as Air Scoop |

Dear Tracy and David,

Please see attached for your attention.

Kind regards,

**Naomi Mullally**

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

[×]

{Philip Lee Solicitors are proud to support Focus Ireland this Christmas}

**Trevor McCabe**

| | |
|---|---|
| **From:** | Trevor McCabe <tmccabe@philiplee.ie> |
| **Sent:** | 09 January 2013 17:37 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |
| **Attachments:** | Let to Mr Kleinert C_O David Snead 9 Jan 2013.PDF |

Dear Ms Gaston/Mr Snead,

Please find attached for your attention.

Yours sincerely

 Philip Lee
 , 8 Wilton Terrace
Dublin 2
tel:  +353 1 2373700        fax:    +353 1 6787794
fax:  www.philiplee.ie    email: tmccabe@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

9 January 2013

Our reference: MMcM/NM/RYA001/0013

Mr Joachim Kleinert
C/O W. David Snead, Attorney at Law
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com
and Joachim Kleinert
The Circuit Court, Record No. 07907/2012**

Dear Sir,

We act on behalf of Ryanair Limited.

In accordance with an Order of the Dublin Circuit Court made on 19 December 2012, we now enclose herewith for your attention and by way of substituted service upon the second named Defendant, Joachim Kleinert, the following:-

1. true copy Civil Bill (English and German translations);
2. Notice of Civil Bill in lieu of service to be given out of the jurisdiction (English and German translations);
3. true copy Affidavit of Verification of Oisin O'Neill; and,
4. true copy Order of the Dublin Circuit Court dated 19 December 2012.

We should be grateful if you would confirm receipt of same.

We await hearing from you.

Yours faithfully,

*Philip Lee*

PHILIP LEE

RYA001-0013-1322517-1

1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794        Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
                              Andreas McConnell  Patrick Walshe

www.philiplee.ie            Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie           Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 09 January 2013 17:54 |
| **To:** | Trevor McCabe; David Snead |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | RE: Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |

Dear Sir or Madam:

David Snead represents SiteGround.com, Inc. (SiteGround). SiteGround has notified its customer of your complaint. Please contact me if you have any questions.

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

**From:** Trevor McCabe [tmccabe@philiplee.ie]
**Sent:** Wednesday, January 09, 2013 12:36 PM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie>
**Subject:** Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338]

Dear Ms Gaston/Mr Snead,

Please find attached for your attention.

Yours sincerely

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel:  +353 1 2373700      fax:   +353 1 6787794
fax:  www.philiplee.ie   email: tmccabe@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1



# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sirs,

We refer to our previous correspondence herein.

We enclose herewith true copy Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of your Appearance, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

Yours faithfully,

**PHILIP LEE**

RYA001-0013-1365585-1

1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794

www.philiplee.ie
info@philiplee.ie

Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)  Andreas McConnell  Patrick Walshe

Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001/0013

Mr Joachim Kleinert
C/O W. David Snead, Attorney at Law
PO Box 48010
Washington D.C.
20002

*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

Re:     Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinett
        The Circuit Court, Record No. 07907/2012

Dear Sir,

We refer to our letter of 9 January 2013, in which we enclosed therewith by way of service upon you, on behalf Joachim Kleinert, the following:-

1.  true Copy Civil Bill (English and German translations);
2.  Notice of Civil Bill in lieu of service to be given out of the jurisdiction (English and German translations);
3.  true copy Affidavit of Verification of Oisín O'Neill; and
4.  true copy Order of the Dublin Circuit Court dated 19 December 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of an Appearance by Joachim Kleinert, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

Dublin
7-8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794

Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
Andreas McConnell  Patrick Walshe

www.philiplee.ie
info@philiplee.ie

Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
Principal Brussels: Ursula O'Dwyer

Please confirm that you will pass this letter on to Joachim Kleinert.

Yours faithfully,

*Philip Lee Solicitors*

**PHILIP LEE**

PHILIP LEE

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

*By email and by registered post*

Email: tracy.gaston@snead.com and david.snead@dsnead.com

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our previous correspondence herein.

We enclose herewith true copy Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of an Appearance by Global Wings Publications LLC trading as Air-Scoop.com, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

Please confirm that you will pass this letter on to the owners of Air-scoop.com.

We await hearing from you.

RYA001-0013-1365583-1

1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794

www.philiplee.ie
info@philiplee.ie

Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
Andreas McConnell  Patrick Walshe

Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
Principal Brussels: Ursula O'Dwyer

Yours faithfully

Philip Lee Solicitors

_____

**PHILIP LEE**

2

PHILIP LEE

**Trevor McCabe**

| | |
|---|---|
| **From:** | Aisling Gough |
| **Sent:** | 06 March 2013 08:56 |
| **To:** | Murrough McMahon; Sean McElligott; Anne Bateman; Áine Connor |
| **Cc:** | Naomi Mullally |
| **Subject:** | FW: Your reference:  MMcM/NM/RYA001/0013 |

**Aisling Gough**

tel:     +353 1 2373700
*This e-mail and any contents and/or attachments are confidential, for the addressee only and may be privileged. We take no responsibility for viruses. Please view our full disclaimer here: http://www.philiplee.ie/Terms.htm*

    **om:** David Snead [mailto:david.snead@dsnead.com]
**Sent:** 06 March 2013 00:34
**To:** Aisling Gough
**Cc:** Tracy Gaston
**Subject:** Your reference: MMcM/NM/RYA001/0013

Dear Sir or Madam —

It is not necessary to send material by post that you have previously sent by email.  Duplicate materials are not forwarded on and simply consume time.  In the future, certified mail from your firm will be refused and returned to you.  As a courtesy to you, we will acknowledge receipt of material transmitted by email.

David Snead
Attorney + Counselor
*Tactical legal advice for internet businesses*

P:  202-558-2366 | F:  202-318-4089
  @wdsneadpc |B: http://www.thewhir.com/blog/profile/wdsnead

# EXHIBIT  F

Filed By: PHILIP LEE SOLICITORS
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

### AN CHUIRT CHUARDA
### (THE CIRCUIT COURT)

**DUBLIN CIRCUIT**
**COUNTY OF THE CITY OF DUBLIN**

**BEFORE JUDGE GRIFFIN**

THE 6th DAY OF November 2013

**BETWEEN**

### Ryanair Limited

**PLAINTIFF**

-AND-

Global Wings Publications Llc T/A Air-Scoop.Com   and Joachim Kleinert

**DEFENDANTS**

The Defendants having been duly served with the Civil Bill herein and the same coming
for hearing before the Court this day.  WHEREUPON and on reading the pleadings
and documents filed herein and on hearing the evidence adduced and what was offered
by Counsel for the Plaintiff, there being no appearance by or on behalf of the
Defendants, and it appearing to the Court that the Plaintiff is entitled to the sum of
€50,000.00  on foot of the Civil Bill.

**THE COURT DOTH ORDER**

1.  That the Plaintiff do recover from the Defendants the sum of  €40,000.00 for
damages for defamation, together with the sum of €10,000.00 for aggravated damages.

2. That the Defendants be prohibited from publishing or further publishing the
defamatory report, as set out in the 2011 report, and 2013 report, or any like report in
the future.

3.  That costs be awarded to the Plaintiff, including any reserved costs, to be taxed in
default of agreement.

**BY THE COURT**

**A COPY WHICH I ATTEST**

*Mary Mc Donald*

**MARY MC DONALD  (SEAL)**

**Nominated by        County Registrar**

**NOMINATED BY THE COUNTY REGISTRAR**

Order settled by    MARY MC DONALD
Draft Order settled on 06/11/2013