1
2
3
4
5
6
7　　　IN THE UNITED STATES DISTRICT COURT
8　　　NORTHERN DISTRICT OF CALIFORNIA
9　　　SAN JOSE DIVISION
10

11 *In Re Request For Subpoena*

12 *by* RYANAIR LIMITED

Case No. 5:14-mc-80270-BLF-PSG
_____

**DECLARATIONS IN SUPPORT OF APPLICATION OF RYANAIR LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**APPLICATION OF RYANAIR LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GOOGLE, INCORPORATED - PAGE 1**

# DECLARATION OF SHELLEY HURWITZ

## DECLARATION OF SHELLEY HURWITZ

1. I, Shelley Hurwitz, am a partner at Holland & Knight, counsel of record for Ryanair Limited ("Ryanair"). I have personal knowledge of the matters stated herein, except for those matters stated on information and belief, and I could truthfully testify thereto.

2. On behalf of Ryanair, Holland & Knight sought and was granted an order by the United States District Court, Western District of Washington approving a subpoena to be served on eNom, Inc. in order to ascertain information regarding the whereabouts of Mr. Kleinert.  On or about August 6, 2014, eNom responded to that subpoena and provided certain information regarding the domain Air-Scoop.com.  I personally reviewed that information. Included in that information was an email address of Antoine.viollet@airscoop.com as being a contact for Air-scoop.com and Mr. Kleinert.

3. Rynair has conducted additional investigation, and has located a LinkedIn account for Air Scoop.  A true and correct copy of that profile is attached hereto as Exhibit 1.  As can be seen in Exhibit 1, the most viewed other profile by people who viewed the Air Scoop profile is for violette antoine and the email listed is for antoine.viollet@air-scoop.com.

4. Attached hereto as Exhibit 2 are true and correct copies of the profiles of the two Antoine Violettes located on LinkedIn.

5. I have conducted an internet search for the headquarters of LinkedIn. That search revealed that LinkedIn is headquartered in Mountain View, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of October 2014 at Los Angeles, California.

/s Shelley Hurwitz
Shelley Hurwitz

# EXHIBIT 1





# EXHIBIT 2





Director, Digital and Strategic Communications, ADIT
Paris Area, France | Market Research

Current    ADIT, AEGE
Previous
Education    Ecole de Guerre Economique

[Connect]    [Send Antoine InMail ▼]

**500+** connections

fr.linkedin.com/in/antoinevs

Contact Info

**Clément Bénétreau**
Director, Strategic Communications at FTI C…
Connect

## Background

 Summary

Head of Digital and Strategic Communications specialized team of ADIT, a French leading consulting agency (www.adit.fr).

I'm a specialist of Strategic Communications, including digital influence, e-advocacy campaigns, online & offline reputation management.

I'm also President of AEGE, the European Network of profesional information officers. (www.aege.fr)

Specialties:
Market intelligence, competitive intelligence, foreign market access.
Digital influence, eReputation, reputational monitoring, public relations, public affairs, crisis communication, issues management, advocacy, social media, inbound marketing, strategic communications, strategic planning.



Twitter Antoine VS (@ant1_vs)



IN A SMART COMMUNITY

**People Also Viewed**


**Charles Pahlawan**
Directeur adjoint chez Ecole de Guerre Economique - EGE


**Christian Harbulot**
directeur chez EGE


**Jean-François Nativité, Ph.D**
Directeur du développement territorial chez ADIT


**Guillaume Sylvestre**
Competitive Intelligence chez ADIT


**François JEANNE-BEYLOT**
Influence et veille sur Internet


**Héloïssa Hernandez**
Chargée de Veille E-Réputation chez ADIT


**DE JONG Peer**
Partner - Sovereign Global

Next search result


Fabrice CANYON CEO at
FAVCEA au Barreau de Paris

>

## Experience

**Director, Digital and Strategic Communications**
ADIT
March 2005 – Present (9 years 8 months) | France

"We prepare our clients to positively engage their stakeholders and communities through the asymmetrical and reputation-based relationships on today's digital Web 2.0 field".

We assist our clients in managing public perceptions of their positions and performances through online advocacy campaigns to build dialogue with policymakers, key opinion leaders and the civil society. Through a suite of integrated services, including reputation and insights research, content promotion, relationship building and thought leadership platforms, we work with top decision makers to enhance their vision, knowledge and identity, and ensure they are a respected voice among their stakeholders.

As the Manager of this department, I'm a specialist of digital influence (which includes sub-topics such as social management, online reputation, strategic planner, perception management...).
One of my passion concerns Internet and web technologies. I have an expertise in online search & monitoring, networking, knowledge management...

I also manage a small team dedicated to fight against online counterfeits, falsified, smuggling, illicit markets.
We provide our clients with strategic analysis, competitive intelligence, market research, integrity reports... We identify online illicit products, we investigate and analyse their networks (production, distribution, sales, supports...) and provide useful reports for lawsuits.



ADIT : Leader européen de l'intelligence Stratégique



Diplomatie digitale

### President
AEGE
September 2004 – Present (10 years 2 months) | France



President of AEGE, the European Network of profesional Information Officers.

Since 2004, my goal - as the President - is to develop the Alumni network of the EGE (Ecole de Guerre Economique). The AEGE is now one of the most important and respected French competitive intelligence organisation.

We organize each year numerous conferences and the CI event: the "Gala de l'IE".
We publish our own ebooks with a publishing house.
We help our alumni to find a job, to find partners, to recruit...

AEGE - Le réseaux des experts en intelligence économique

Twitter AEGE (@aege)

### Consultant
Competitive Intelligence Company
September 2002 – November 2004 (2 years 3 months)

Market research, competitors analysis, information operations...

 Publications

### Influence & reputation on internet: Communities, crisis, and strategies (in French)
La Bourdonnaye - Collection : AEGE
May 17, 2013

A collective work, both an analysis and an operational introduction to complex concepts of influence & reputation, notably online.

---

Home



Advanced

Bartol Zu ...ovic
Head of Communications
Business Services       Try Premium for free

Alexandre Mandil
Consultant en Intelligence économique / Due diligence

**How You're Connected**

You

Sinai Megibow

Sinai can introduce you to someone who knows Antoine

Antoine Violet-Surcouf

Next search result
Fabrice Frossard CEO at FFMKR - SPEK

Internet is changing fast, with a greater impact on the way institutions, companies and individuals use it. Conversely, they in turn have a say and a do about the way Internet is and will be.

Home    Profile    Connections    Jobs    Interests

The expertises of the authors give keys to understanding this new ... **more**

› 7 authors, including:

**Antoine Violet-Surcouf**
Director, Digital and Strategic Communic...

**François JEANNE-BEYLOT**
Influence et veille sur Internet

**David Millian**
Issue Management & Digital Strategy ch...

**Fabrice Frossard**
CEO at FFMKR - SPEK

### Les opérations d'influence offensives sur Internet
La Bourdonnaye - Collection : AEGE
November 2012

Dans « Les opérations d'influence offensives sur Internet », Antoine Violet-Surcouf revient sur la communication d'influence et son usage au sein des organisations.

Même si le terme influence a plutôt une mauvaise image auprès de l'opinion publique pour laquelle il évoque souvent dissimulation et manipulation, la communication d'influence s'inscrit dans un cadre légal et éthique.

Au... **more**

### Manuel d'intelligence économique
PUF
May 2012

Dans le contexte d'une mondialisation qui tourne à la guerre économique, l'intelligence économique est devenue un outil incontournable pour les entreprises et les administrations. Aussi s'est-elle imposée comme une discipline à part entière enseignée dans les écoles de gestion comme dans les universités. Cet ouvrage réunit pour la première fois l'ensemble des experts de la communauté française d'... **more**

› 6 authors, including:

**Antoine Violet-Surcouf**
Director, Digital and Strategic Communic...

**Christian Harbulot**
directeur chez EGE


Philippe Baumard

Augustin Roch

### Le cyberlobbying ou les nouvelles logiques d'influence sur Internet
March 2003

« Aujourd'hui, la clé du pouvoir des dirigeants réside dans l'influence et non plus dans l'autorité. »
Kenneth Blanchard

« Les influences qu'on n'arrive pas à discerner sont les plus puissantes. »
Gustav Meyrink

### La guerre cognitive
Lavauzelle
February 2002

Comment affronte-t-on un allié qui a su transformer une partie de nos élites en vassaux obéissants ? C'est l'objet de cet ouvrage qui met en avant le principe de guerre cognitive. Face à un empire sans rival, l'affrontement direct est voué à l'échec.

3 authors

**Antoine Violet-Surcouf**
Director, Digital and Strategic Communic...

**Christian Harbulot**
directeur chez EGE


Didier Lucas


Languages


Next search result
**Fabrice Frossard** CEO at
FFMKR - SPEK
›



**French**
Native or bilingual proficiency

Search for people, jobs, companies, and more...    Q    Advanced

**English**
Professional working proficiency

Home    Profile    Connections    Jobs    Interests

Business Services    Try Premium for free

**Spanish**
Limited working proficiency

### Skills

Top Skills

| | |
|---|---|
| 58 | Competitive Intelligence |
| 52 | Strategic Communications |
| 46 | Market Research |
| 31 | Social Media |
| 29 | Strategy |
| 26 | Competitive Analysis |
| 23 | Market Intelligence |
| 16 | Strategic Planning |
| 15 | Digital Marketing |
| 12 | Market Analysis |

Antoine also knows about...

| 11 Web 2.0 | 10 Marketing Strategy | 10 Public Relations | 10 Digital Strategy |
|---|---|---|---|
| 10 Social Media Marketing | 9 Digital Influence | 9 Crisis Communications | |
| 7 Strategic Influence | 8 eReputation | 6 Online Reputation... | |
| 5 Business Intelligence | 5 Management | 5 Reputation Management | |
| 4 Knowledge Management | 2 Public Affairs | See 3+ | |

### Education

**Ecole de Guerre Economique**
Master's Degree, Competitive & Market Intelligence
2001 – 2002

Ecole de Guerre Economique (EGE)
Specialty: Competitive Intelligence, Digital Influence, Strategic Communications, Public Relations, Public Affairs.

Activities and Societies: AEGE - www.aege.fr Twitter AEGE - twitter.com/AEGE TV AEGE - tv.aege.fr
BDC AEGE - bdc.aege.fr

Ecole de Guerre Economique (EGE)

Next search result
**Fabrice Frossard** CEO at
FFMKR - SPEK    >

Home   Additional Info   Profile   Connections   Jobs   Interests

≡ ▾   Search for people, jobs, companies, and more...   🔍   Advanced

Business Services        Try Premium for free

## Interests

Strategic Communications, Digital Influence, Public Affairs, Issues Management, Social Media, Public Relations, Competitive & Market Intelligence, Anti-Counterfeiting, e-advocacy.

## Advice for Contacting Antoine

Please contact me through LinkedIn or Twitter @ant1_vs

Organizations

## Additional Organizations

AEGE - www.aege.fr

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Language | Upgrade Your Account
LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

Next search result
**Fabrice Frossard** CEO at
FFMKR - SPEK                    ›

# DECLARATION OF YVONNE MOYNIHAN

## DECLARATION OF YVONNE MOYNIHAN

1.      I, Yvonne Moynihan, am the Legal And Regulatory Affairs Advisor of Ryanair Limited ("Ryanair"). I have personal knowledge of the matters stated herein based upon my review of Ryanair's books and records, except for those matters stated on information and belief, and I could truthfully testify thereto.

2.      Ryanair is an airline headquartered in Dublin, Ireland. Global Wings Publications LLC ("Global Wings") is a corporation doing business in the United Kingdom and Germany owned by Joachim Kleinert. The company operates Air-Scoop.com, a website about the European airline industry.

3.      Siteground.com Inc., is a web hosting company, headquartered in Panama.  The company's website identifies the address of attorney David Snead at P.O. Box 48010, Washington, D.C., 20002, as its legal address in the United States.   Siteground.com formerly hosted Air-Scoop.com. Attached hereto as Exhibit A is a true and correct copy of pertinent excerpts from the Siteground.com Terms of Service. Attached hereto as Exhibit B is a true and correct copy of the domain registry information for Air-Scoop.com when it was hosted by Siteground.com.

4.      eNom, Incorporated, is a web hosting company incorporated in Nevada and registered to do business in Washington. The company's website identifies Kirkland, Washington as its headquarters. From January 3, 2014, eNom.com, which is operated by eNom, Incorporated, currently hosts Air-scoop.com. Attached hereto as Exhibit C is a true and correct copy of the domain registry information for Air-Scoop.com identifying eNom.com as its current host.

5.      On or about September 18, 2012, Ryanair filed suit against Global Wings, Air-Scoop.com and Joachim Kleinert in Dublin Circuit Court in Ireland.  The suit stems from a report on Air-Scoop.com containing false information about Ryanair's safety and maintenance record. The

#32740967_v1

1   action is styled *Ryanair Limited v. Global Wings Publications LLC T/A Air-Scoop.com and Joachim*

2   *Kleinert*, Record No: 2012/07907.

3       6.      Global Wings, Air-Scoop.com and Joachim Kleinert failed to appear in the action,

4   despite multiple attempts to serve them and provide them with notice of the ongoing suit. The Irish

5   judicial system is similar to the US judicial system as far as rigorous service of process requirements.

6   Because Ryanair was unsuccessful at serving Mr. Kleinert and Global Wings through the normal

7   channels, the court in Ireland ultimately granted an order for service by electronic mail and by

8   registered mail on Mr. Snead, who agreed to pass on court documents to Mr. Kleinert and Global

9   Wings.  Attached hereto as Exhibit D is true and correct copy of the Order of the Dublin Circuit Court

10  granting such service. Attached hereto Exhibit E are relevant excerpts from the Dublin Circuit Court

11  Docket, relating to Ryanair's attempt at service. Noting their failure to appear, on November 6, 2013

12  the Dublin Circuit Court entered a default judgment in favor of Ryanair in the amount of €40,000 for

13  damages resulting from the publication of the false report, €10,000 for aggravated damages and

14  awarding the company costs.  Attached hereto as Exhibit F is a true and correct copy of the Judgment

15  entered in Ireland.  Ryanair now seeks to effectuate the judgment, but must locate Mr. Kleinert and

16  Global Wings.

17      I declare under penalty of perjury under the laws of the United States that the foregoing is true

18  and correct. Executed this ⅛ th day of September 2014 at Dublin, Ireland.

19

20                          _____
                            Yvonne Moynihan

21

22

23

24

25

26

27

28

#32740967_v1

# EXHIBIT  A

SiteGround - Contact us: chat, email, phone 1 866 605 2484, help desk

# ◎SiteGround

Home    Web Hosting    Our Technology    Our Support    About Us    Affiliates    More Services

## Contact Us 24/7



### Chat

Start Chat

**Reply Time:** Instantly



### Phone

**USA/Canada Toll-Free**
**1.866.605.2484**

**Europe** 44.20.71839093

**Reply Time:** Instantly



### Tickets

Post Ticket

**First Reply:** 10 mins

## Contact Us By Mail

### Legal Address USA

c/o David Snead

Attention: SiteGround Legal Notices

P.O. Box 48010

Washington, D.C. 20002, USA

### HeadQuarters PA

SiteGround.com Inc

Edificio Neptuno, Oficina 7

Via Ricardo J. Alfaro, Tumba Muerto,

City of Panama, Panama

http://www.siteground.com/contact_us.htm[3/26/2014 10:59:14 AM]

SiteGround - Contact us: chat, email, phone 1 866 605 2484, help desk



## Operations Office BG

SiteGround Office

8 Racho Petkov Kazandzhiata

Sofia 1776,

Bulgaria

### Our Services

Web Hosting
Reseller Hosting
Cloud Hosting
Dedicated Servers
Affiliate Program

### Why SiteGround?

Top Data Centers
Speed & Security
Amazing Uptime
Best Support

### About SiteGround

Our People
Our Philosophy
Our Partners
Client Reviews
Contact Us

### Social

SiteGround Blog
SiteGround Forum

### Popular Hosting Packages

Email Hosting
MySQL Hosting
PrestaShop Hosting
Semi Dedicated Hosting

FTP Hosting
cPanel Hosting
osCommerce Hosting

PHP Hosting
Softaculous Hosting
Drupal Hosting

### Newest Hosting Packages

Student Hosting
Node.js Hosting

Ghost Hosting
CloudFlare CDN Hosting

Varnish Hosting
PyroCMS Hosting

### Top Resources

Joomla Templates
Joomla Tutorial
Joomla Extensions
WordPress Themes
WordPress Tutorial
Magento Themes
Magento Tutorial
Drupal Tutorial

Site Search...

© 2004 - 2014 SiteGround.com. All rights reserved.    |  Links  |  Legal  |  Privacy

# EXHIBIT  B

# network solutions®

Order Now: 1-877-628-8686   Support   Renew Services   My Cart (0)   MANAGE ACCOUNT

BECOME A RESELLER

Search

All Products ▼   Domain Names   Websites & Online Stores   Hosting & SSL   Professional Email

Network Solutions >> Whois >> Results                                      Log In

Search   Renew   Transfer   Features   Private Registration   Protect   Forward

## WHOIS Results for air-scoop.com

### Available domain names similar to air-scoop.com

| Available Extensions | Available Domains | Premium Resale Domains | |
|---|---|---|---|
| ☐ air-scoop.net | ☐ littleton-air-scoop.com | ☐ zephyrair.com | $1,995 |
| ☐ air-scoop.org | ☐ air-scoop-port.com | ☐ allthescoop.com | $688 |
| ☐ air-scoop.us | ☐ wind-scoop.com | ☐ sugarscoop.com | $949 |
| ☐ air-scoop.us.com | ☐ online-air-scoop.com | ☐ kuwait-air.com | $310 |

View more

Add Selected to Cart

**Promote your business to millions of viewers for only $1.25 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

## air-scoop.com

Is this your domain name? Renew it now.

```
Domain Name: AIR-SCOOP.COM
Creation Date: 2006-01-04 05:58:32Z
Registrar Registration Expiration Date: 2014-01-04 10:58:32Z
Registrar: ENOM, INC.
Registrant Name: JOACHIM KLEINERT
Registrant Organization: N/A
Registrant Street: KERNERSTR
Registrant City: STUTTGART
Registrant State/Province: XX
Registrant Postal Code: 70182
Registrant Country: DE
Admin Name: JOACHIM KLEINERT
Admin Organization: N/A
Admin Street: KERNERSTR
Admin City: STUTTGART
Admin State/Province: XX
Admin Postal Code: 70182
Admin Country: DE
Admin Phone: +49.71189464
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: INFO@AIR-SCOOP.COM
Tech Name: JOACHIM KLEINERT
Tech Organization: N/A
Tech Street: KERNERSTR
Tech City: STUTTGART
Tech State/Province: XX
Tech Postal Code: 70182
Tech Country: DE
Tech Phone: +49.71189464
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: INFO@AIR-SCOOP.COM
Name Server: NS1.SITEGROUND256.COM
Name Server: NS2.SITEGROUND256.COM
The data in this whois database is provided to you for information
```

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

air-scoop.com WHOIS domain registration information from Network Solutions

purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Get Noticed on the Internet!  Increase visibility for this domain name by
listing it at
www.whoisbusinesslistings.com

The previous information has been obtained either directly from the registrant or a registrar of the domain
name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or
completeness.

Show underlying registry data for this record

Search again here...

Search by either

◉ Domain Name e.g. networksolutions.com
◉ IP Address e.g. 205.178.187.13

Search



 Partner with Network Solutions:
Affiliate Program | Reseller Programs

Contact Us  Follow Us:

**Products**
Domain Names
Email Hosting
Websites
Ecommerce
Web Hosting
SSL Certificates
Online Marketing
Design Services
Mobile Services

**Affiliates & Resellers**
Affiliate Program
UK Affiliate Programme
Reseller Program

**Support**
Customer Support
Contact Us
Customer Feedback

**Resources**
WHOIS Search
Small Business Blog
Small Business Success
Labs

**Company Information**
About Us
Why Choose Us
Careers
News

**Promotions & Free Offers**
New Products
Earn Airline Miles
Free Website
.XXX Domain Names

Privacy Policy | Terms of Use | Legal & Policies | Company Info | Site Map | Contact Us

Copyright © 2013 Network Solutions, LLC, A Web.com Company All rights reserved.

Secure Transaction: For your protection,
this website is secured with the highest
level of SSL Certificate encryption.



# EXHIBIT  C

**who.is** (/)

Search Domain name or IP address

Search by Name Server (/nameserver/)     New Features (/overview)     Log In (/users/sign_in)     **Sign Up**

# air-scoop.com (/whois/air-scoop.com)

176.31.15.56    Record information last updated 1 day ago

(/whois/airscool.com)    (/whois/airscoop.com)    **Save Domain To Dashboard**

Transfer any COM/NET domain name to Name.com for $8.25

⊙ **Transfer Now**    (https://www.name.com/domain-transfer?
utm_source=who.is&utm_medium=button_turquise_bar&utm_campaign=whois_transfer_promo)

# Overview for air-scoop.com

## Registrar Info

| Name | ENOM, INC. |
|------|------------|
| Whois Server | whois.enom.com |
| Referral URL | http://www.enom.com |
| Status | clientTransferProhibited |

## Site Status

| IP Address | 176.31.15.56 (/whois-ip/ip-address/176.31.15.56) |
|------------|------------|
| Status | inactive |
| Server Type | Apache |

## Important Dates

| Expires On | January 04, 2015 |
|------------|------------|
| Registered On | January 04, 2006 |
| Updated On | January 03, 2014 |

## Traffic Info

## Name Servers

| ns1.adk-media.com (/nameserver/ns1.adk-media.com/) | 72.55.188.70 (/whois-ip/ip-address/72.55.188.70/) |
|------------|------------|
| ns2.adk-media.com (/nameserver/ns2.adk-media.com/) | 41.140.248.206 (/whois-ip/ip-address/41.140.248.206/) |

# Raw Registrar Data

```
Domain Name: AIR-SCOOP.COM
Registry Domain ID: 305982856_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2013-12-26 10:00:44Z
Creation Date: 2006-01-04 10:58:00Z
Registrar Registration Expiration Date: 2015-01-04 10:58:00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252744500
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: JOACHIM KLEINERT
Registrant Organization: N/A
Registrant Street: KERNERSTR
Registrant City: STUTTGART
Registrant State/Province: XX
Registrant Postal Code: 70182
Registrant Country: DE
Registrant Phone: +49.71189464
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: INFO@AIR-SCOOP.COM
Registry Admin ID:
Admin Name: JOACHIM KLEINERT
Admin Organization: N/A
Admin Street: KERNERSTR
Admin City: STUTTGART
Admin State/Province: XX
Admin Postal Code: 70182
Admin Country: DE
Admin Phone: +49.71189464
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: INFO@AIR-SCOOP.COM
Registry Tech ID:
Tech Name: JOACHIM KLEINERT
Tech Organization: N/A
Tech Street: KERNERSTR
Tech City: STUTTGART
Tech State/Province: XX
Tech Postal Code: 70182
Tech Country: DE
Tech Phone: +49.71189464
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: INFO@AIR-SCOOP.COM
Name Server: NS1.ADK-MEDIA.COM
Name Server: NS2.ADK-MEDIA.COM
DNSSEC: unSigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2013-12-26 10:00:44Z
```

The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

# EXHIBIT  D

Filed By: PHILIP LEE
SOLICITORS
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

## AN CHUIRT CHUARDA
## (THE CIRCUIT COURT)

**DUBLIN CIRCUIT**
**COUNTY OF THE CITY OF DUBLIN**

**BEFORE JUDGE RING**

**THE 18th DAY OF September 2012**

IN THE MATTER OF THE COURTS OF JUSTICE ACTS 1924 TO 1961 AND THE
COURTS (SUPPLEMENTAL PROVISIONS) ACTS 1961 TO 2003
AND IN THE MATTER OF AN INTENDED ACTION

**BETWEEN**

**Ryanair Limited**

**PLAINTIFF**

**-AND-**

**Global Wings Publications Llc T/A Air-Scoop.Com   and Joachim Kleinert**
**DEFENDANTS**

This matter coming before the Court this day on Ex Parte application on behalf of the
Plaintiff.  WHEREUPON AND ON READING the Affidavits of Oisin O'Neill and Juliusz
Komorek and the exhibits filed in Court on the 17th day of September 2012.  AND ON
HEARING  Counsel for the Plaintiff.

THE COURT DOTH ORDER

1.      That the Plaintiff be at liberty to issue the said Civil Bill and serve the Civil Bill or
notice of the issue of the said Civil Bill and all subsequent documents on the First Named
Defendant who resides out of the jurisdiction by sending a copy of the said Civil Bill and a
copy of this Order  on  Global Wings Publications LLC t/a  Air-Scoop.com by web form on
htp:\\www.air-scoop.com and by email to david.snead@dsnead.com and
tracy.gaston@dsnead.com,  and by registered post addressed to W. David Snead and Tracy
Gaston at P.O. Box 48010 Washington, D.C. 20002 and that such service be deemed good
and sufficient service of the said Notice of the Civil Bill.

2.    That the First Named Defendant do have 35 days for entering an appearance to the said Civil Bill from the date of issue of notice of Civil Bill by web form/email and a copy of this order.

3.    That the costs of this Application be reserved

BY THE COURT

MARIA COTTER (SEAL)

NOMINATED BY THE COUNTY REGISTRAR

Order settled by       MARIA COTTER
Draft Order settled on 18/09/2012

A COPY WHICH I ATTEST

*Maei Cotter*

NOMINATED BY THE COUNTY REGISTRAR

Filed By: PHILIP LEE
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

## AN CHUIRT CHUARDA
## (THE CIRCUIT COURT)

DUBLIN CIRCUIT
COUNTY OF THE CITY OF DUBLIN

BEFORE THE COUNTY REGISTRAR

THE 19th DAY OF December 2012

RECEIVED

0 9 -01- 2013

Philip Lee Solicitors

BETWEEN

Ryanair Limited

PLAINTIFF

-AND-

Global Wings Publications LLC T/A Air-Scoop.Com   and Joachim Kleinert

DEFENDANTS

UPON Application ex parte before the Court this day on behalf of the Plaintiff.
WHEREUPON and on reading the Affidavit of Murrough McMahon filed this day and the
Civil Bill issued against the Defendant, and on hearing what was offered by Counsel for the
Plaintiff.

THE COURT DOTH ORDER:-
1. That the Plaintiff be at liberty to serve the Civil Bill on the Second named Defendant by
sending a copy of the said Civil Bill and a copy of this Order by registered post addressed to
the Second named Defendant care of  W. David Snead, Attorney at Law, P.O. Box 48010
Washington, D.C. 20002 and by way of e-mail address to david.snead@dsnead.com and
tracy.gaston@dsnead.com and that such service be deemed good and sufficient service of the
said Civil Bill.
2. That the Second named Defendant do have 42  days for entering an Appearance to the said
Civil Bill from the date of posting a copy thereof, and a copy of this Order to the Second
named  Defendant
3. That the Plaintiff be at liberty to serve all subsequent documents in this matter on the
Second named Defendant by registered post at the said address and by way of e-mail address
of david.snead@dsnead.com and tracy.gaston@dsnead.com
4. That the Costs of this Application be reserved

BY THE COURT

P. O'Callaghan (seal)

NOMINATED BY THE COUNTY REGISTRAR

A COPY WHICH I ATTEST

Order settled by  PATRICK O'CALLAGHAN
Draft Order settled on 20/12/2012

_Patrick O'Callaghan_

Nominated by          County Registrar

# EXHIBIT  E

<u>THE CIRCUIT COURT</u>

Record No. 07907/2012

City of Dublin

Dublin Circuit

Between:

## RYANAIR LIMITED

Plaintiff

-and-

## GLOBAL WINGS PUBLICATIONS LLC t/a AIR-SCOOP.COM AND JOACHIM KLEINERT

Defendants

<u>BRIEF TO COUNSEL</u>

<u>Tab</u>   <u>Documents</u>

### SECTION A. – PLEADINGS

1. Ordinary Civil Bill

2. Notice of Civil Bill in Lieu of Service to be given out of the Jurisdiction

3. Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012

4. Affidavit of Verification of Oisín O'Neill sworn 26 September 2012

### SECTION B. – EX-PARTE APPLICATION FOR SUBSTITUTED ON JOACHIM KLEINERT

5. Ex-parte Docket

6. Affidavit of Murrough McMahon sworn 30 November 2012

7. Exhibit 'MMcM1' to the Affidavit of Murrough McMahon

8. Exhibit 'MMcM2' to the Affidavit of Murrough McMahon

9. Exhibit 'MMcM3' to the Affidavit of Murrough McMahon

10. Exhibit 'MMcM4' to the Affidavit of Murrough McMahon

11. Exhibit 'MMcM5' to the Affidavit of Murrough McMahon

RYA001-0013-1388139-1

12. Exhibit 'MMcM6' to the Affidavit of Murrough McMahon

13. Exhibit 'MMcM7' to the Affidavit of Murrough McMahon

14. Exhibit 'MMcM8' to the Affidavit of Murrough McMahon

15. Exhibit 'MMcM9' to the Affidavit of Murrough McMahon

16. Exhibit 'MMcM10' to the Affidavit of Murrough McMahon

17. Exhibit 'MMcM11' to the Affidavit of Murrough McMahon

18. Exhibit 'MMcM12' to the Affidavit of Murrough McMahon

19. Exhibit 'MMcM13' to the Affidavit of Murrough McMahon

20. Supplemental Affidavit of Oisín O'Neill sworn 6 December 2012

21. Exhibit 'OON1' to the Affidavit of Oisín O'Neill

22. Order of the Dublin Circuit Court dated 19 December 2012

## SECTION C. – CORRESPONDENCE

23. Party/party correspondence (pre-issue)

24. Inter-party correspondence

Philip Lee Solicitors
7/8 Wilton Terrace
Dublin 2

Trevor McCabe

| From: | Naomi Mullally |
|---|---|
| Sent: | 18 September 2012 18:11 |
| To: | 'david.snead@dsnead.com'; 'tracy.gaston@dsnead.com' |
| Cc: | Murrough McMahon |
| Subject: | Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert |
| Attachments: | Letter to David Snead and Tracey Gaston 18_9_2012 AS ISSUED.PDF; Notice of Civil Bill in lieu of service tobe given out of the jurisdiction.pdf; Civil Bill 18.9.2012.pdf |

Dear Sir/Madam,

Please see attached for your attention.

Yours faithfully
Philip Lee
7/8 Wilton Terrace
ublin 2
tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

Trevor McCabe

| | |
|---|---|
| **From:** | Naomi Mullally <nmullally@philiplee.ie> |
| **Sent:** | 18 September 2012 18:47 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |
| **Attachments:** | Letter to David Snead and Tracey Gaston 18_9_2012 AS ISSUED.PDF; Notice of Civil Bill in lieu of service tobe given out of the jurisdiction.pdf; Civil Bill 18.9.2012.pdf; Order of Judge Ring 18_9_2012 (3).PDF |

Dear Sir/Madam,

Please disregard the previous email, all documents are now attached above, apologies for any inconvenience.

ours faithfully

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1

# PHILIP LEE

### SOLICITORS

DUBLIN · BRUSSELS

18 September 2012

**Our ref:** MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

*[signature]*

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
RYA001-0013-1207526-1
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794             Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

### SOLICITORS

#### DUBLIN · BRUSSELS

18 September 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited.

In accordance with an Order of the Dublin Circuit Court made on the 18 September 2012, we now attach herewith true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

*Philip Lee*
**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                        Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

RYA001-0013-12075401

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 19 September 2012 15:36 |
| **To:** | Naomi Mullally |
| **Cc:** | oneillo@ryanair.com; David Snead |
| **Subject:** | RE: Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |

Dear Sir or Madam,

Thank you for your email.  SiteGround has notified its customer of your most recent correspondence. Please contact me if you have any questions.

Kind regards,
Tracy Gaston
egal Assistant
v. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

From: Naomi Mullally [nmullally@philiplee.ie]
Sent: Tuesday, September 18, 2012 1:47 PM
To: 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com'
Cc: Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie>
Subject: Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338]

Dear Sir/Madam,

Please disregard the previous email, all documents are now attached above, apologies for any inconvenience.

ours faithfully

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700 fax: +353 1 6787794
web: www.philiplee.ie<http://www.philiplee.ie/> email: nmullally@philiplee.ie <mailto:nmullally@philiplee.ie> This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.

1

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

20 September 2012

Our ref: MM/NM/RYA001-0013

Joachim Kleinert
Kernerstrasse 34
Stuttgart XX-70182
Germany
*By Registered Post*

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                      Andreas McConnell  Patrick Walshe
RYA001-0013-1208001

www.philiplee.ie   Brussels: Avenue d'Auderghem, 289, B-1040 Brussels, Belgium t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

## SOLICITORS

### DUBLIN · BRUSSELS

23 October 2012

Our ref: MM/NM/RYA001-0013

Joachim Kleinert
Kernerstraße 34
70182 Stuttgart
Baden-Württemberg
Deutschland
*By Registered Post*

**Ryanair Limited —v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We act on behalf of Ryanair Limited

In accordance with an Order of the Dublin Circuit Court made on 18 September 2012, we now enclose herewith for your attention true copy Civil Bill, Notice of Civil Bill in lieu of service to be given out of the jurisdiction and true copy Order of Judge Ring dated 18 September 2012 by way of service upon you. You will note we have also enclosed German translations of the above documents.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
RYA001-0013-1236914-1
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                    Andreas McConnell  Patrick Walshe

www.philiplee.ie      Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium   t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie     Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

### SOLICITORS

DUBLIN · BRUSSELS

6 November 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to the above proceedings and are writing to seek clarification from you in relation to the position of the second-named defendant, Joachim Kleinert.

As you are aware Global Wings Publications LLC (trading as Air-scoop.com) is a customer of your client SiteGround. In light of this we are seeking clarification from you as to Mr Joachim Kleinert's position with either Global Wings Publications LLC or your client, SiteGround. We should be grateful if you would confirm whether Mr Kleinert is an employee or owner of Global Wings Publications LLC (trading as Air-scoop.com), or if he has any connection with your client, SiteGround.

We should very much appreciate you and your client's cooperation in respect of this matter.

Yours faithfully

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700          Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                    Andreas McConnell  Patrick Walshe

www.philiplee.ie          Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie          Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| From: | Tracy Gaston <tracy.gaston@dsnead.com> |
|---|---|
| Sent: | 07 November 2012 17:28 |
| To: | Naomi Mullally; David Snead |
| Cc: | Murrough McMahon |
| Subject: | RE: Ryanair v Airscoop |

Ms. Mullally,

Thank you for your message.  The individual named in your pleadings is SiteGround's customer.

Thank you,

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

**From:** Naomi Mullally [nmullally@philiplee.ie]
**Sent:** Tuesday, November 06, 2012 9:40 AM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon
**Subject:** Ryanair v Airscoop

Dear Sirs,

Please see attached for your attention.

Yours faithfully,


Philip Lee
8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

# PHILIP LEE

### SOLICITORS

#### DUBLIN · BRUSSELS

7 November 2012

Our ref: MM/NM/RYA001-0013

**David Snead and Tracy Gaston**
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

**Email: tracy.gaston@dsnead.com and david.snead@dsnead.com**

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of 18 September last in which we enclosed therewith true copy Plenary Summons and Statement of Claim by way of service upon Global Wings Publications LLC trading as Air-Scoop.com.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of the Appearance of Global Wings Publications LLC trading as Air-Scoop.com provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Statement of Claim.

Yours faithfully

*Philip Lee*

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700   Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                           Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

RYA001-0013-1262502-1

# PHILIP LEE

### SOLICITORS

#### DUBLIN · BRUSSELS

7 November 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and
Joachim Kleinert
The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of 18 September last in which we enclosed therewith true copy Plenary Summons and Statement of Claim by way of service upon you.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of your Appearance provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive your Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Statement of Claim.

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700  Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794              Andreas McConnell  Patrick Walshe

www.philiplee.ie    Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie    Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Naomi Mullally |
| **Sent:** | 08 November 2012 14:58 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon |
| **Subject:** | Ryanair v Airscoop |
| **Attachments:** | Letter to Tracey Gaston 8_11_2012 AS ISSUED.PDF |

Dear Ms Gaston,

Please see attached for your attention.

Yours sincerely,


'hilip Lee
,/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700          fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

# PHILIP LEE

### SOLICITORS

#### DUBLIN · BRUSSELS

8 November 2012

Our ref: MM/NM/RYA001-0013

Tracy Gaston
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Madam,

Thank you very much for your email.

Do you have an address for Mr. Kleinert?

Yours faithfully

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (o) 1 237 3700    Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (o) 1 678 7794                         Andreas McConnell  Patrick Walshe

www.philiplee.ie    Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (o) 2 640 3890 f: +32 (o) 2 648 2279
info@philiplee.ie    Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 08 November 2012 20:11 |
| **To:** | Naomi Mullally |
| **Cc:** | David Snead |
| **Subject:** | RE: Ryanair v Airscoop |
| **Attachments:** | 11.8.12_SG_Ryanair_Letter.pdf |

Ms. Mullally,

Please see the attached.

Thank you,

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

**From:** Naomi Mullally [nmullally@philiplee.ie]
**Sent:** Thursday, November 08, 2012 9:58 AM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon
**Subject:** Ryanair v Airscoop

Dear Ms Gaston,

Please see attached for your attention.

Yours sincerely,

. nilip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*



W. David Snead, P.C.

November 8, 2012

<u>By email only</u>
nmullally@philiplee.ie

Philip Lee Solicitors
Attention: Naomi Mullally
7/8 Wilton Terrace
Dublin 2

Subject:      <u>Your Letter to SiteGround</u>

Ms. Mullally:

Thank you for your letter. As you might understand, U.S. law prohibits disclosure of the information you request without a subpoena or warrant.

Very truly yours,

W. David Snead

Copy: SiteGround

Attorney + Counselor
P.O. Box 48010
Washington, D.C.  20002
david.snead@dsnead.com • www.dsnead.com
T:  202-558-2366 • F:  202-318-4089

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

10 December 2012

Our ref: MM/NM/RYA001-0013

**Global Wings Publications LLC trading as Air-Scoop.com**

*By webform: http://www.air-scoop.com*

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of the 7 November last.

We now enclose herewith for your attention true copy Affidavit of Verification of Oisin O'Neill.

Yours faithfully

*[signature]*

PHILIP LEE

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
RYA001-0013-1279442-1
t: +353 (0) 1 237 3700    Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794              Andreas McConnell  Patrick Walshe

www.philiplee.ie    Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie    Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

10 December 2012

Our ref: MM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our letter of the 7 November last.

We should be grateful if you would confirm that you passed our letter of the 7 November last onto the owners of the website, Air-Scoop.com.

We now enclose herewith for your attention true copy Affidavit of Verification of Oisin O'Neill which was filed in the Circuit Court office on 2 October 2012.

Again we should be grateful if you would confirm that you will pass this Affidavit of Verification onto the owners of Air-Scoop.com.

We await hearing from you.

Yours faithfully

*Philip Lee*

**PHILIP LEE**

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700     Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                 Andreas McConnell  Patrick Walshe

www.philiplee.ie   Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie   Principal Brussels: Ursula O'Dwyer

**Trevor McCabe**

| | |
|---|---|
| **From:** | David Snead <david.snead@dsnead.com> |
| **Sent:** | 10 December 2012 17:05 |
| **To:** | Naomi Mullally |
| **Subject:** | RE: Ryanair v Global Wings Publications trading as Air Scoop |

Ms. Mullally –

We don't respond to these documents individually.  However, our general practice is to forward all correspondence to our clients for to be sent to their customers.

David Snead

**From:** Naomi Mullally [mailto:nmullally@philiplee.ie]
**Sent:** Monday, December 10, 2012 10:25 AM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon
**Subject:** Ryanair v Global Wings Publications trading as Air Scoop

Dear Tracy and David,

Please see attached for your attention.

Kind regards,

**Naomi Mullally**

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel: +353 1 2373700        fax: +353 1 6787794
web: www.philiplee.ie    email: nmullally@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*



{Philip Lee Solicitors are proud to support Focus Ireland this Christmas}

**Trevor McCabe**

| | |
|---|---|
| **From:** | Trevor McCabe <tmccabe@philiplee.ie> |
| **Sent:** | 09 January 2013 17:37 |
| **To:** | 'tracy.gaston@dsnead.com'; 'david.snead@dsnead.com' |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |
| **Attachments:** | Let to Mr Kleinert C_O David Snead 9 Jan 2013.PDF |

Dear Ms Gaston/Mr Snead,

Please find attached for your attention.

Yours sincerely

Philip Lee
, 8 Wilton Terrace
Dublin 2
tel:  +353 1 2373700      fax:   +353 1 6787794
fax:  www.philiplee.ie   email:  tmccabe@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

9 January 2013

**Our reference:** MMcM/NM/RYA001/0013

Mr Joachim Kleinert
C/O W. David Snead, Attorney at Law
PO Box 48010
Washington D.C.
20002
*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

**Ryanair Limited –v- Global Wings Publications LLC trading as Air-Scoop.com
and Joachim Kleinett
The Circuit Court, Record No. 07907/2012**

Dear Sir,

We act on behalf of Ryanair Limited.

In accordance with an Order of the Dublin Circuit Court made on 19 December 2012, we now enclose herewith for your attention and by way of substituted service upon the second named Defendant, Joachim Kleinert, the following:-

1. true copy Civil Bill (English and German translations);
2. Notice of Civil Bill in lieu of service to be given out of the jurisdiction (English and German translations);
3. true copy Affidavit of Verification of Oisin O'Neill; and,
4. true copy Order of the Dublin Circuit Court dated 19 December 2012.

We should be grateful if you would confirm receipt of same.

We await hearing from you.

Yours faithfully,

*Philip Lee*

PHILIP LEE

RYA001-0013-1322517-1

1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700      Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794               Andreas McConnell  Patrick Walshe

www.philiplee.ie      Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belguim  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie      Principal Brussels: Ursula O'Dwyer

Trevor McCabe

| | |
|---|---|
| **From:** | Tracy Gaston <tracy.gaston@dsnead.com> |
| **Sent:** | 09 January 2013 17:54 |
| **To:** | Trevor McCabe; David Snead |
| **Cc:** | Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie> |
| **Subject:** | RE: Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338] |

Dear Sir or Madam:

David Snead represents SiteGround.com, Inc. (SiteGround). SiteGround has notified its customer of your complaint. Please contact me if you have any questions.

Tracy Gaston
Legal Assistant
W. David Snead, P.C.
Telephone:  202-903-0360
Facsimile:  202-318-4089
www.dsnead.com

---

**From:** Trevor McCabe [tmccabe@philiplee.ie]
**Sent:** Wednesday, January 09, 2013 12:36 PM
**To:** Tracy Gaston; David Snead
**Cc:** Murrough McMahon; RYA001_0013 _ Airscoop Defamation E_mails <{F62338}.worksite@wcs.philiplee.ie>
**Subject:** Ryanair Limited -v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert [PLS-worksite.FID62338]

Dear Ms Gaston/Mr Snead,

Please find attached for your attention.

Yours sincerely

Philip Lee
7/8 Wilton Terrace
Dublin 2
tel:  +353 1 2373700      fax:   +353 1 6787794
fax:  www.philiplee.ie   email: tmccabe@philiplee.ie

*This e-mail and any contents/attachments are confidential, and may be privileged. They are for the use of the addressee only, and may not be relied on, retained, used, disclosed or copied to/by anyone else without our permission. If received in error, please notify me by return mail. We do not warrant that this email or its contents/attachments are free from any virus or other harmful matter and we do not take any responsibility for same.*

1



PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001-0013

Global Wings Publications LLC trading as Air-Scoop.com

*By webform: http://www.air-scoop.com*

Ryanair Limited --v- Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert
The Circuit Court, Record No. 07907/2012

Dear Sirs,

We refer to our previous correspondence herein.

We enclose herewith true copy Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of your Appearance, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

Yours faithfully,

*Philip Lee Solicitors*

_____

**PHILIP LEE**

RYA001-0013-1365585-1                                                            1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700                    Partners: Philip Lee Sarah Johnson Jonathan Kelly Damien Young Alice Whittaker Anne Bateman (BL)
f: +353 (0) 1 678 7794                                        Andreas McConnell Patrick Walshe

www.philiplee.ie              Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie             Principal Brussels: Ursula O'Dwyer

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001/0013

Mr Joachim Kleinert
C/O W. David Snead, Attorney at Law
PO Box 48010
Washington D.C.
20002

*By email and by registered post*

Email: tracy.gaston@dsnead.com and david.snead@dsnead.com

Re:    Ryanair Limited –v– Global Wings Publications LLC trading as Air-
       Scoop.com and Joachim Kleinert
       The Circuit Court, Record No. 07907/2012

Dear Sir,

We refer to our letter of 9 January 2013, in which we enclosed therewith by way of service upon you, on behalf Joachim Kleinert, the following:-

1. true Copy Civil Bill (English and German translations);
2. Notice of Civil Bill in lieu of service to be given out of the jurisdiction (English and German translations);
3. true copy Affidavit of Verification of Oisín O'Neill; and
4. true copy Order of the Dublin Circuit Court dated 19 December 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of an Appearance by Joachim Kleinert, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

1

Dublin
7-8 Wilton Terrace
Dublin 2
Ireland

t: +353 (0) 1 237 3700     Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
f: +353 (0) 1 678 7794                Andreas McConnell  Patrick Walshe

www.philiplee.ie      Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium   t: +32 (0) 2 640 3890 f: +32 (0) 2 648 2279
info@philiplee.ie       Principal Brussels: Ursula O'Dwyer

Please confirm that you will pass this letter on to Joachim Kleinert.

Yours faithfully,

PHILIP LEE

PHILIP LEE

# PHILIP LEE

SOLICITORS

DUBLIN · BRUSSELS

21 February 2013

Our reference: MMcM/NM/RYA001-0013

David Snead and Tracy Gaston
PO Box 48010
Washington D.C.
20002
USA

*By email and by registered post*

Email: tracy.gaston@snead.com and david.snead@dsnead.com

**Ryanair Limited –v– Global Wings Publications LLC trading as Air-Scoop.com and Joachim Kleinert**
**The Circuit Court, Record No. 07907/2012**

Dear Sir/Madam,

We refer to our previous correspondence herein.

We enclose herewith true copy Order of Judge Ring of the Dublin Circuit Court dated 18 September 2012.

In accordance with the Circuit Court Rules of Ireland, we hereby consent to the late delivery of an Appearance by Global Wings Publications LLC trading as Air-Scoop.com, provided that it is delivered to us within 21 days of the date of this letter.

If we do not receive this Appearance within this time period then we shall apply to Court for an Order for Judgment in the terms of our Civil Bill.

Please confirm that you will pass this letter on to the owners of Air-scoop.com.

We await hearing from you.

RYA001-0013-1365583-1

Dublin
7/8 Wilton Terrace
Dublin 2
Ireland
t: +353 (0) 1 237 3700
f: +353 (0) 1 678 7794

www.philiplee.ie
info@philiplee.ie

Partners: Philip Lee  Sarah Johnson  Jonathan Kelly  Damien Young  Alice Whittaker  Anne Bateman (BL)
Andreas McConnell  Patrick Walshe

Brussels: 9 Rond-Point Schuman, 1040 Brussels, Belgium  t: +32 (0) 2 640 3890  f: +32 (0) 2 648 2279
Principal Brussels: Ursula O'Dwyer

Yours faithfully

PHILIP LEE

2

PHILIP LEE

**Trevor McCabe**

| | |
|---|---|
| **From:** | Aisling Gough |
| **Sent:** | 06 March 2013 08:56 |
| **To:** | Murrough McMahon; Sean McElligott; Anne Bateman; Áine Connor |
| **Cc:** | Naomi Mullally |
| **Subject:** | FW: Your reference:  MMcM/NM/RYA001/0013 |

**Aisling Gough**

Tel:     +353 1 2373700

*This e-mail and any contents and/or attachments are confidential, for the addressee only and may be privileged. We take no responsibility for viruses. Please view our full disclaimer here: http://www.philiplee.ie/Terms.htm*

om: David Snead [mailto:david.snead@dsnead.com]
**Sent:** 06 March 2013 00:34
**To:** Aisling Gough
**Cc:** Tracy Gaston
**Subject:** Your reference: MMcM/NM/RYA001/0013

Dear Sir or Madam –

It is not necessary to send material by post that you have previously sent by email.  Duplicate materials are not forwarded on and simply consume time.  In the future, certified mail from your firm will be refused and returned to you.  As a courtesy to you, we will acknowledge receipt of material transmitted by email.

David Snead
Attorney + Counselor
*Tactical legal advice for internet businesses*

P:  202-558-2366 | F:  202-318-4089
@wdsneadpc |B: http://www.thewhir.com/blog/profile/wdsnead

# EXHIBIT  F

Filed By: PHILIP LEE SOLICITORS
7/8 WILTON TERRACE
DUBLIN 2

Record No: 2012/07907

## AN CHUIRT CHUARDA
## (THE CIRCUIT COURT)

**DUBLIN CIRCUIT**
**COUNTY OF THE CITY OF DUBLIN**

**BEFORE JUDGE GRIFFIN**

**THE 6th DAY OF November 2013**

**BETWEEN**

Ryanair Limited

**PLAINTIFF**

-AND-

Global Wings Publications Llc T/A Air-Scoop.Com   and Joachim Kleinert

**DEFENDANTS**

The Defendants having been duly served with the Civil Bill herein and the same coming
for hearing before the Court this day.  WHEREUPON and on reading the pleadings
and documents filed herein and on hearing the evidence adduced and what was offered
by Counsel for the Plaintiff, there being no appearance by or on behalf of the
Defendants, and it appearing to the Court that the Plaintiff is entitled to the sum of
€50,000.00 on foot of the Civil Bill.

**THE COURT DOTH ORDER**

1.  That the Plaintiff do recover from the Defendants the sum of  €40,000.00 for
damages for defamation, together with the sum of €10,000.00 for aggravated damages.

2. That the Defendants be prohibited from publishing or further publishing the
defamatory report, as set out in the 2011 report, and 2013 report, or any like report in
the future.

3.  That costs be awarded to the Plaintiff, including any reserved costs, to be taxed in
default of agreement.

**BY THE COURT**

A COPY WHICH I ATTEST

*Mary Mc Donald*

**MARY MC DONALD  (SEAL)**

Nominated by          **County Registrar**

NOMINATED BY THE **COUNTY REGISTRAR**

Order settled by    MARY MC DONALD
Draft Order settled on 06/11/2013