IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In Re Request For Subpoena* <br> *by* RYANAIR LIMITED | Case No. 5:14-mc-80270-BLF-PSG <br> _____ <br> **PROOF OF SERVICE OF APPLICATION OF RYANAIR LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING** |

**APPLICATION OF RYANAIR LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO GOOGLE, INCORPORATED - PAGE 1**

# CERTIFICATE OF SERVICE

I hereby certify that I caused the APPLICATION OF RYANAIR LIMITED FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA FOR THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING and [PROPOSED] ORDER to be served on the following persons:

LinkedIn Corporation
c/o CSC
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

by causing the document to be delivered by the following indicated method or methods:

☐   by CM/ECF electronically mailed notice from the Court on the date set forth below.

☒   by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Los Angeles, California, on the date set forth below.

☐   by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐   by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐   by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED October 20, 2014.

/s Gloria Hoshiko
Gloria Hoshiko

CERTIFICATE OF SERVICE – Page 1

#32849465_v1